UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Annette Williams, et al.
                        Plaintiff,

v.                                        Case No.: 1:17−cv−00083
                                                    Honorable Gary Feinerman

Chase Bank
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 3, 2017:

      MINUTE entry before the Honorable Gary Feinerman:Unopposed motion for extension of time [8] is granted. By agreement, the complaint is amended to replace Chase Bank with JPMorgan Chase Bank, N.A. as Defendant. The Clerk is directed to correct the docket to reflect that Defendant is JPMorgan Chase Bank, N.A. and to terminate Chase Bank as a defendant. The time for Defendant to answer or otherwise plead to the operative complaint is extended to 3/3/2017. Motion hearing set for 2/8/2017 [10] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.