# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Annette Williams, et al.

                                        Plaintiff,

v.                                                                    Case No.: 1:17−cv−00083
                                                                         Honorable Gary Feinerman

JPMorgan Chase Bank, N.A., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 19, 2017:

       MINUTE entry before the Honorable Gary Feinerman:Status hearing held. Plaintiff's unopposed, oral motion to dismiss case with prejudice is granted. By agreement, this case is dismissed with prejudice, with each side bearing its own costs and fees. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.